## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL R. BOODEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BROOKFIELD PROPERTIES, ) <br> ) <br> Defendant. ) | Case No. 21-cv-1372 <br><br> Hon. Ronald A. Guzman <br><br> Magistrate Judge Jeffrey I. Cummings |

## AGREED STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Parties' Agreement, Plaintiff Michael R. Booden, and Defendant Brookfield Properties, by and through their attorneys, hereby stipulate and agree to the dismissal of Plaintiff's claims with prejudice. Except as outlined in the Parties' Agreement, each party shall bear their own costs and attorneys' fees.

Dated: April 12, 2022                                                            Respectfully Submitted,

MICHAEL R. BOODEN                                                          BROOKFIELD PROPERTIES

By: /s/ Bradley Manewith                                                        By: /s/ Jane McFetridge
Attorney for Plaintiff                                                                  Attorney for Defendant

Marc J. Siegel                                                                              Jane M. McFetridge
Bradley Manewith                                                                      Daniel T. Corbett
James D. Rogers                                                                          Jackson Lewis P.C.
Siegel & Dolan Ltd.                                                                     150 North Michigan Avenue, Suite 2500
150 North Wacker Drive, Suite 3000                                        Chicago, IL 60601
Chicago, IL 60601                                                                       Tel. (312) 787-4949
Tel. (312) 878-3210                                                                    Fax (312) 787-4995
Fax (312) 878-3211                                                                    Jane.McFetridge@jacksonlewis.com
msiegel@msiegellaw.com                                                        Daniel.Corbett@jacksonlewis.com
bmandewith@msiegellaw.com
jrogers@msiegellaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2022, a true and accurate copy of the foregoing Stipulation to Dismiss was filed via this Court's CM/ECF system, and served upon all parties of record.

                                                  /s/Bradley Manewith
                                                  Bradley Manewith