# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Michael R Booden

                    Plaintiff,

v.                                        Case No.: 1:21−cv−01372
                                             Honorable Ronald A. Guzman

Brookfield Properties

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 13, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' agreed stipulation to dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and their agreement [61], this action is dismissed with prejudice, with each party to bear its own costs and fees, except as outlined in the parties' agreement. All pending dates and motions are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.